[No. 39514-9-I.    Division One.    November 10, 1997.]

KING COUNTY, *Respondent*, v. JAMES PARMLY, ET AL.,
*Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 96-2-08843-9, Harriett M. Cody, J., entered September 13 and 30, 1996. *Reversed* by unpublished opinion per Kennedy, A.C.J., concurred in by Agid and Cox, JJ.

[No. 39843-1-I.    Division One.    November 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
A. BRAWLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 95-1-00538-1, Michael E. Rickert, J., entered June 21, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 40770-8-I.    Division One.    November 10, 1997.]

*In the Matter of the Personal Restraint of* DEREK E.
GRONQUIST, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion. Now published at 89 Wn. App. 596.

[No. 15301-1-III.    Division Three.    November 13, 1997.]

*In the Matter of the Marriage of* ALINE ROBERTS,
*Respondent*, and ANSEL L. ROBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 93-3-00113-4, Fred L. Stewart, J., entered November 9, 1995. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Brown, J.